# Charles T. Berry, Esquire
Attorney at Law
Post Office Box 5023
Fairmont, West Virginia  26554

January 6, 2016

Telephone - (304) 363-3564                                                                                               E-Mail Address:
Facsimile -- (304) 816-3117                                                                                              cberrylaw@hotmail.com

**PRIVILEGED ATTORNEY-CLIENT COMMUNICATION**
**PRIVILEGED ATTORNEY WORK PRODUCT**

**TyquayWilliams  08470-087**
FCI Fairton
Federal Correctional Institution
P.O. Box 420
Fairton, New Jersey  08320

        RE:     United States v. Williams
                  15- 4652
                  4th Circuit Apperal

Dear Mr. Williams:

      Pursuant to our discussion, an appeal to the Fourth Circuit Court of Appeals has been prepared and filed in your case.  I have reviewed the record in your case, and have concluded that there are limited issues upon which a meritorious appeal could arguably be mounted. The issues which you raised during our various correspondences have been included.  Therefore, I have filed a brief in your case pursuant to *Anders v. California*, 386 U.S. 739 (1967).  A copy of that brief is enclosed.  In the brief, I identified the issues which I felt you might arguably raise, but stated why I believe that the each issue lacked merit or would be rejected.

      I previously sent you a copy of the transcripts of the plea hearing and sentencing hearing. If you have any particular issues which you wish to raise, you may file your own, *pro se*, brief with the Court of Appeals. That brief has to be filed within 30 days.  The filing of an *Anders* brief allows you the opportunity to submit your issues for consideration by the Court. Also, the Court will independently check the entire record and will review your brief, should you decide to file one, to determine if there were appealable errors in the district court.

      I regret to inform you that, after an exhaustive search, I have not been able to identify any other issues which establish error.  Please contact me should you have questions regarding this matter.  With best regards, I remain

Letter to Tyquay Williams
January 6, 2016
Page 2/2

 

Very truly yours,

/s/ *Charles T. Berry*

Charles T. Berry

 

Enclosures

Cc:    United States Court of Appeals for the Fourth Circuit
        Randolph J. Bernard, AUSA
        Andrew R. Cogar, AUSA

Appeal: 15-4652    Doc: 11    Filed: 01/06/2016    Pg: 2 of 2